IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| EARLENE BROADY,<br>      Plaintiff,<br><br>v.<br><br>ABM JANITORIAL SERVICES, INC.,<br>      Defendant. | CIVIL ACTION<br><br><br><br>NO. 13-6727 |
|---|---|

**O R D E R**

**AND NOW**, this 10th day of February, 2015, after review of Defendant ABM Janitorial Services' ("ABM's") Motion for Summary Judgment (ECF 32), Plaintiff Earlene Broady's Opposition (ECF 35), and ABM's Reply (ECF 36), and after hearing oral argument on the motion on February 5, 2015, ABM's Motion for Summary Judgment (ECF 32) is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-6727 broady v. abm\13cv6727.order.MSJ.2015.02.06.docx

1